# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   JAMEELAH N JOHNSON                §
                                           §   Case No.: 08-24561
                                           §
         Debtor(s)                         §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/17/2008.

2) This case was confirmed on 11/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/28/2011.

6) Number of months from filing to the last payment: 37

7) Number of months case was pending: 42

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    2,000.00

10) Amount of unsecured claims discharged without payment $   44,968.99

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 6,070.46 |
| Less amount refunded to debtor | $ 211.96 |
| **NET RECEIPTS** | $ 5,858.50 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 363.05 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,863.05 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US CELLULAR | UNSECURED | 999.00 | NA | NA | .00 | .00 |
| CINGULAR | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| AMERICAS FINANCIAL C | UNSECURED | 260.00 | 345.05 | 345.05 | 34.51 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 900.00 | 1,166.30 | 1,166.30 | 116.63 | .00 |
| CITY OF ROLLING MEAD | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 238.00 | 238.79 | 238.79 | 23.88 | .00 |
| EAST BAY FUNDING | UNSECURED | 588.00 | 588.22 | 588.22 | 58.82 | .00 |
| AT&T | UNSECURED | 319.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | UNSECURED | 565.00 | NA | NA | .00 | .00 |
| EMERGENCY MEDICAL SP | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| CONDELL ACUTE CARE | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| CONDELL MEDICAL CENT | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| SAFEWAY | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| SAFEWAY | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| SAFEWAY | UNSECURED | 79.00 | NA | NA | .00 | .00 |
| SAFEWAY | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 6,000.00 | 5,970.00 | 5,970.00 | 597.00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 156.00 | NA | NA | .00 | .00 |
| COLUMBIA COLL CHICAG | UNSECURED | 1,849.00 | 1,849.47 | 1,849.47 | 184.95 | .00 |
| WOW INTERNET & CABLE | UNSECURED | 639.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 571.00 | NA | NA | .00 | .00 |
| HOLLYWOOD ENT | UNSECURED | 211.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HOLLYWOOD ENT | UNSECURED | 196.00 | NA | NA | .00 | .00 |
| HOLLYWOOD ENT | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| HOLLYWOOD ENT | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| HOLLYWOOD ENT | UNSECURED | 70.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 434.00 | NA | NA | .00 | .00 |
| FAST CASH ADVANCE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| GENESIS FINANCIAL & | UNSECURED | 820.00 | 987.10 | 987.10 | 98.71 | .00 |
| TCF NATIONAL BANK | UNSECURED | 147.00 | NA | NA | .00 | .00 |
| WINN DIXIE STORES IN | UNSECURED | 54.00 | NA | NA | .00 | .00 |
| ST JOSEPH HOSPITAL | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| ILLINOIS LENDING COR | UNSECURED | 700.00 | 740.75 | 740.75 | 74.08 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 12,000.00 | NA | NA | .00 | .00 |
| MARQUETTE CONSUMER F | UNSECURED | 7,036.00 | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 28.00 | NA | NA | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 544.00 | 544.53 | 544.53 | 54.45 | .00 |
| DEBT RECOVERY SOLUTI | UNSECURED | 434.00 | NA | NA | .00 | .00 |
| PARK NATIONAL BANK | UNSECURED | 957.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 900.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 260.00 | 259.61 | 259.61 | 25.96 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 741.00 | 741.40 | 741.40 | 74.14 | .00 |
| RWDS660 DSB | UNSECURED | 398.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 3,017.00 | 3,017.91 | 3,017.91 | 301.79 | .00 |
| T MOBILE | UNSECURED | 381.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 143.00 | NA | NA | .00 | .00 |
| COOK MEMORIAL PUBLIC | UNSECURED | 76.00 | NA | NA | .00 | .00 |
| JESSIE GLOVER | OTHER | .00 | NA | NA | .00 | .00 |
| ROSELAND COMMUNITY H | UNSECURED | NA | 793.00 | 793.00 | 79.30 | .00 |
| ROBERT J SEMRAD & AS | PRIORITY | NA | .00 | 224.00 | 224.00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 472.31 | 472.31 | 47.23 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 224.00 | 224.00 | .00 |
| **TOTAL PRIORITY:** | 224.00 | 224.00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 17,714.44 | 1,771.45 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,863.05 |
| Disbursements to Creditors | $ | 1,995.45 |
| **TOTAL DISBURSEMENTS:** | $ | 5,858.50 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    03/29/2012                             /s/ Tom Vaughn
                                                 Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**